UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Keller,  Case No. 12-15492

      Plaintiff,

                              Judge Nancy G. Edmunds

   -vs-

Miri Microsystems, Inc.,

      Defendants.
_____

ORDER OF DISMISSAL

The Court having been notified that the parties have reached a settlement of the case,

IT IS HEREBY ORDERED that the docket be marked "Settled and Dismissed without Prejudice. Each party to bear own costs".

IT IS FURTHER ORDERED that any subsequent Dismissal filed setting forth specific settlement terms and conditions shall supersede this Order. The Court retains jurisdiction to vacate this Order upon good cause shown that settlement has not been completed.

IT IS SO ORDERED.

                                                      s/ Nancy G. Edmunds
                                                      Nancy G. Edmunds
                                                      UNITED STATES DISTRICT JUDGE

Date: August 31, 2015

Case 2:12-cv-15492-NGE-MJH   ECF No. 42   filed 08/31/15   PageID.502   Page 2 of 2